

# Fourth Court of Appeals
## San Antonio, Texas

May 12, 2016

No. 04-16-00123-CV

Roberto Carlos **MENDIVES**, Sr.,
Appellant

v.

Angela Rose **MENDIVES**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CI00877
Honorable Karen Crouch, Judge Presiding

# O R D E R

On May 9, 2016, Appellant Roberto Carlos Mendives Sr., acting pro se, filed his brief. The brief does not comply with Rules 9.4 and 38.1 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 9.4, 38.1.

The brief does not identify the issues presented. *Contra id.* R. 38.1(f) ("The brief must state concisely all issues or points presented for review.").

The brief does not contain any citations to the record. *Contra id.* R. 38.1(g) ("The statement [of facts] must be supported by record references."); *id.* R. 38.1(i) ("The brief must contain . . . appropriate citations . . . to the record.").

The brief recites numerous alleged facts and complaints, numerous excerpts from federal circuit court cases, and numerous general statements of a citizen's constitutional rights, but it fails to present clear and concise legal arguments on any issues or points for review. *Contra id.* ("The brief must contain a clear and concise argument for the contentions made . . . .").

In its 185 pages, the brief fails to comply with the form requirements including spacing, typeface, maximum length, and certificate of compliance. *Contra id.* R. 9.4(d) (spacing); *id.* R. 9.4(e) (typeface); *id.* R. 9.4(i) (maximum length, certificate of compliance). Appellant asks this court for leave to file a noncompliant brief.

This court may order a party to amend, supplement, or redraw a brief if it flagrantly violates Rule 38. *Contra id.* R. 38.9(a). We conclude that the defects described above constitute flagrant violations of Rules 9 and 38.

Appellant's motion for leave to file a noncompliant brief is DENIED. We STRIKE Appellant's brief and ORDER appellant Roberto Carlos Mendives Sr. to file an amended brief within TWENTY-ONE DAYS of the date of this order. **The amended brief must correct all of the violations listed above *and* fully comply with the applicable rules.** *See, e.g.*, *id.* R. 9.4, 9.5, 38.1. If the amended brief does not comply with this order, we "may strike the brief, prohibit [Appellant] from filing another, and proceed as if [Appellant] had failed to file a brief." *See id.* R. 38.9(a); *see also id.* R. 38.8(a) (authorizing this court to dismiss an appeal if an appellant fails to timely file a brief).

If Appellant timely files a brief that complies with this order, Appellee's brief will be due thirty days after Appellant's brief is filed. *See* TEX. R. APP. P. 38.6(b).


Patricia O. Alvarez, Justice


IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of May, 2016.

Keith E. Hottle
Clerk of Court